929 A.2d 642

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Charles Joseph LUCARELLI, Respondent.**

Supreme Court of Pennsylvania.

July 31, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of July, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

336

Whether the Superior Court erred in applying the doctrine of Forfeiture of the Right to Counsel?